D. & G. GIRL COAT Co., INC., Respondent, *v.* MARY ZABELICKY et al., Appellants, Impleaded with Others.

*Pleading — action to foreclose mortgage — answer stricken out as sham and frivolous.*

*D. & G. Girl Coat Co., Inc.*, v. *Kafka*, 218 App. Div. 607, affirmed. (Submitted June 22, 1927; decided July 20, 1927.)

APPEAL from a judgment, entered March 21, 1927, upon an order of the Appellate Division of the Supreme Court in the first judicial department, which reversed an order of Special Term denying a motion to strike out the answer of defendants, appellants, and for judgment on the pleadings and granted said motion. The action was to foreclose a second mortgage on real property. The assignees of a third mortgage alone answered. Plaintiff moved to strike out their answer as sham and frivolous.

*Max Rockmore* for appellants.

*Gerson C. Young* and *Abraham M. Weinberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Absent: ANDREWS, J.